# DISTRICT COURT CIVIL COVER SHEET

A-16-733016-C

_____ County, Nevada
Case No. _____
*(Assigned by Clerk's Office)*

XXX

## I. Party Information *(provide both home and mailing addresses if different)*

**Plaintiff(s) (name/address/phone):**
Josefina Millan

**Defendant(s) (name/address/phone):**
Cardenas Markets, INC

**Attorney (name/address/phone):**
Ryan M. Anderson, Esq.
Morris Anderson Law
716 S. Jones Blvd., Las Vegas, NV 89107
702-333-1111

**Attorney (name/address/phone):**

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | Torts | |
|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability |
| ☐ Other Landlord/Tenant | ☒ Premises Liability | ☐ Intentional Misconduct |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort |
| **Other Real Property** | ☐ Legal | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | |
| ☐ Other Real Property | ☐ Other Malpractice | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil coversheet.*

/s/ Ryan M. Anderson  3/7/16
_____
Date

_____
Signature of initiating party or representative

*See other side for family-related case filings.*

Nevada AOC - Research Statistics Unit
Pursuant to NRS 3.275

Form PA 201
Rev 3.1

Electronically Filed
03/07/2016 03:13:04 PM

CLERK OF THE COURT

1  COMP
**RYAN M. ANDERSON, ESQ.**
2  Nevada Bar No. 11040
**JACQUELINE R. BRETELL, ESQ.**
3  Nevada Bar No. 12335
**MORRIS ANDERSON**
4  716 S. Jones Blvd.
Las Vegas, Nevada 89107
5  Phone: (702) 333-1111
6  Fax: (702) 507-0092
7  Attorneys for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| JOSEFINA MILLAN,<br><br>                    Plaintiff,<br>v.<br><br>CARDENAS MARKETS, INC,<br>A CALIFORNIA CORPORATION<br>DOE MAINTENANCE EMPLOYEE,<br>DOE EMPLOYEE, DOE JANITORIAL<br>EMPLOYEE, DOE OWNER, I-V,<br>ROE OWNERS, ROE EMPLOYER, ROE<br>SUPERMARKET COMPANY<br>and ROE COMPANIES, I-V<br><br>                    Defendants. | CASE NO: A-16-733016-C<br>DEPT. NO: XXX |

## COMPLAINT

        COMES NOW the Plaintiff, JOSEFINA MILLAN, by and through counsel, Ryan M. Anderson, Esq. and Jacqueline R. Bretell, Esq. of the law firm of MORRIS ANDERSON LAW, and for her cause of action against the Defendants, and each of them, alleges as follows:

1.      That PLAINTIFF JOSEFINA MILLAN was at all times relevant to this action a resident of Clark County, Nevada.

2.      Upon information and belief, that at all times relevant to this action, the Defendants, CARDENAS MARKETS, INC., A CALIFORNIA CORPORATIONS (hereinafter referred to as

"DEFENDANT CARDENAS") and/or ROE SUPERMARKET COMPANY and/or ROE COMPANY were California and/or Nevada corporations, which were doing business in the State of Nevada.

3. Upon information and belief, at all times relevant to this incident, DEFENDANT CARDENAS and/or ROE SUPERMARKET COMPANY and/or ROE COMPANY and/or DOE OWNER and/or ROE OWNER was the owner of the property located at 4421 East Bonanza Road, Las Vegas, NV 89110 and was a resident and/or was doing business in Clark County, Nevada.

4. Upon information and belief, at all times relevant to this incident, DEFENDANT DOE EMPLOYEE and/or DEFENDANT DOE MAINTENANCE EMPLOYEE and/or DEFENDANT DOE JANITORIAL EMPLOYEE (hereinafter collectively referred to as "DEFENDANT DOE EMPLOYEE") is a resident of Clark County, Nevada and was acting within the course and scope of his/her employment with DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER.

5. Upon information and belief, at all relevant times to this incident, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER employed Defendants, and each of them, and was doing business in the State of Nevada.

6. That the true names and capacities, whether individual, corporate, partnership, associate or otherwise, of Defendants, DOES I through V and Defendants, ROES I through V are unknown to Plaintiffs, who therefore sues said Defendants by such fictitious names. Plaintiffs are informed and believes and thereon alleges that each of the Defendants designated herein as DOE and/or ROE is responsible in some manner for the events and happenings referred to and caused damages proximately to Plaintiffs as herein alleged, and that Plaintiffs will ask leave of this Court to amend this Complaint to insert the true names and capacities of DOES I through V and/or ROES I through V when the same have been ascertained, and to join such Defendants in this action.

## FIRST CAUSE OF ACTION

7. PLAINTIFF incorporates by this reference all of the allegations of paragraphs 1 through 6, above, as though completely set forth herein

8. That upon information and belief, at all times relevant to this action, the Defendants, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants, were the owners or lessees and occupied, operated, maintained and controlled those premises located at 4421 East Bonanza Road, Las Vegas, NV 89110, wherein they actively conducted a supermarket at said location.

9. That Defendants, and each of them, had a duty to maintain a safe premises so that Plaintiff and other customers would not be put at unnecessary risk when shopping on the premises.

10. That on or about the March 14, 2014, and for some time prior thereto, the Defendants, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants (by and through their authorized agents, servants, and employees, acting within the course and scope of their employment), negligently and carelessly owned, maintained, operated, occupied, and controlled the said premises, located at 4421 East Bonanza Road, Las Vegas, NV 89110, so as to cause and allow liquid and/or fruit and/or food to be present in such a manner as to cause an unreasonably dangerous condition, thus, making the walkway hazardous and dangerous.

11. That on or about the March 14, 2014, and for some time prior thereto, the Defendants, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE

EMPLOYEE, and each of the Defendants (by and through their authorized agents, servants, and employees, acting within the course and scope of their employment), negligently and carelessly owned, maintained, operated, occupied, and controlled the said premises, located at 4421 East Bonanza Road, Las Vegas, NV 89110, in that they maintained the area in such a manner that it presented a dangerous and hazardous condition in an area intended for the use and commonly and regularly used by customers and invitees of the said Defendants.

12. That on or about the March 14, 2014, and for some time prior thereto, the Defendants, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants (by and through their authorized agents, servants, and employees, acting within the course and scope of their employment), negligently and carelessly owned, maintained, operated, occupied, and controlled the said premises, located at 4421 East Bonanza Road, Las Vegas, NV 89110, so as to cause and allow cause and allow a floor to be wet and slippery in a manner as to cause an unreasonably dangerous condition, thus, making the area hazardous and dangerous, and more particularly hazardous and dangerous to PLAINTIFF JOSEFINA MILLAN.

13. That on or about the March 14, 2014, and for some time prior thereto, the Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants (by and through their authorized agents, servants, and employees, acting within the course and scope of their employment), negligently and carelessly owned, maintained, operated, occupied, and controlled the said premises, located at 4421 East Bonanza Road, Las Vegas, NV 89110, in that Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY

and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each Defendant, permitted, allowed and caused said unsafe condition to remain even though Defendants, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each Defendant, knew or, through the exercise of ordinary care and diligence, should have known that the floor was wet and slippery, creating an unreasonably dangerous condition for anyone walking in the area, and more particularly for PLAINTIFF JOSEFINA MILLAN.

14. That Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants, failed to maintain the aforesaid premises in a reasonably safe condition; and that Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants, negligently, carelessly and recklessly failed to inspect, repair and correct the said condition, or warn PLAINTIFF JOSEFINA MILLAN, of the defect therein.

15. At all times herein concerned or relevant to this action, the Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants, acted by and through their duly authorized agents, servants, workmen and/or employees then and there acting within the course of their employment and scope of their

authority for the Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants.

16. That the carelessness and negligence of the Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants, in breaching a duty owed to the PLAINTIFF JOSEFINA MILLAN, which directly and proximately caused the injuries and damages to PLAINTIFF JOSEFINA MILLAN, consisting in, but not limited to, the following acts, to-wit:

(a) Failure to provide a safe premises for PLAINTIFF JOSEFINA MILLAN to walk in the premise;

(b) Failure to warn PLAINTIFF JOSEFINA MILLAN of the dangerous and hazardous condition then and there existing in said premise;

(c) Failure to properly and adequately inspect the said dangerous condition in the supermarket's walkways to ascertain its hazardous and dangerous condition;

(d) Failure to properly and adequately maintain the supermarket's walkways to ensure they were free of debris, liquid, and slippery conditions;

(e) The Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT DOE OWNER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants, had, or should have had, knowledge or notice of the existence of the said dangerous and defective condition which existed on said premises.

13. The Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER

1  and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or
2  DEFENDANT DOE EMPLOYEE, and each of the Defendants, may have violated certain
3  statutes, ordinances and building codes, which the Plaintiff prays leave of Court to insert the exact
4  statutes or ordinances or codes at the time of the trial.

14. That on or about March 14, 2014, PLAINTIFF JOSEFINA MILLAN, as a direct and proximate result of the said negligence and carelessness of the Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants, was caused to suffer the injuries and damages hereinafter set forth when she slipped and fell as a result of liquid on the supermarket walkway, causing her to fall to the floor, proximately causing to her the injuries and damages as hereinafter more particularly alleged.

15. By reason of the premises and as a direct and proximate result of the aforesaid negligence and carelessness of the Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants, PLAINTIFF JOSEFINA MILLAN, was otherwise injured in and about the head, neck, shoulders, back, legs, hips, knees, ankles, and extremities, and caused to suffer great pain of body and mind, all or some of the same are chronic and may result in permanent disability and are disabling, all to PLAINTIFF JOSEFINA MILLAN, damage in an amount in excess of Ten Thousand Dollars ($10,000.00).

16. By reason of the premises, and as a direct and proximate result of the aforesaid negligence and carelessness of the Defendant, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of the Defendants, PLAINTIFF JOSEFINA

MILLAN, has been caused to incur medical expenses, and will in the future be caused to expend monies for medical expenses and additional monies for miscellaneous expenses incidental thereto, in a sum presently unascertainable. PLAINTIFF JOSEFINA MILLAN will pray leave of Court to insert the total amount of the medical and miscellaneous expenses when the same have been fully determined at the time of the trial of this action.

17. Prior to the injuries complained of herein, PLAINTIFF JOSEFINA MILLAN, was an able-bodied female, capable of engaging in all activities for which she was otherwise suited. By reason of the premises, and as a direct and proximate result of the negligence of the said Defendants, DEFENDANT CARDENAS and/or DEFENDANT ROE SUPERMARKET COMPANY and/or DEFENDANT ROE COMPANY and/or DEFENDANT ROE EMPLOYER and/or DEFENDANT ROE OWNER and/or DEFENDANT DOE OWNER and/or DEFENDANT DOE EMPLOYEE, and each of them, PLAINTIFF JOSEFINA MILLAN, was caused to be disabled and limited and restricted in PLAINTIFF JOSEFINA MILLAN's occupations and activities, which caused to PLAINTIFF JOSEFINA MILLAN, a loss of wages in a presently unascertainable amount, the allegations of which Plaintiff prays leave of Court to insert herein when the same shall be fully determined.

18. PLAINTIFF JOSEFINA MILLAN has been required to retain the law firm of MORRIS ANDERSON LAW to prosecute this action, and is entitled to a reasonable attorney's fee.

ALL CLAIMS FOR RELIEF:

1. General damages for PLAINTIFF JOSEFINA MILLAN, in an amount in excess of $10,000.00;

2. Special damages for said Plaintiff's medical and miscellaneous expenses as of this date, plus future medical expenses and the miscellaneous expenses incidental thereto in a presently unascertainable amount;

3.  Special damages for lost wages in a presently unascertainable amount, and/or diminution of the earning capacity of said Plaintiff, plus possible future loss of earnings and/or diminution of said Plaintiff's earning capacity in a presently unascertainable amount;

4. Costs of this suit;

5. Attorney's fees; and

6.  For such other and further relief as to the Court may seem just and proper in the premises.

DATED THIS _7th_ day of March, 2016.

                **MORRIS//ANDERSON**

                BY:_____/s/Jacqueline R. Bretell_____
                **RYAN M. ANDERSON, ESQ.**
                Nevada Bar No. 11040
                **JACQUELINE R. BRETELL, ESQ.**
                Nevada Bar No. 12335
                716 S. Jones Blvd.
                Las Vegas, Nevada 89107
                Attorneys for Plaintiff