# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEFINA MILLAN, | Case No. 2:16-cv-01549-APG-GWF |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| CARDENAS MARKETS, INC., | (ECF No. 19) |
| Defendant. | |

Defendant Cardenas Markets, Inc. previously moved to exclude plaintiff Josefina Millan's proposed expert Gary Presswood. ECF No. 19. Cardenas since has moved for summary judgment. ECF No. 27. In response, Millan did not rely on Presswood to argue against summary judgment. It thus is unclear whether Millan still intends to present Presswood at trial if he is not excluded. Accordingly, I direct the parties to meet and confer and file a status report on or before August 31, 2017 regarding whether Cardenas's motion to exclude Presswood remains a live issue in this case.

IT IS THEREFORE ORDERED that the parties shall meet and confer and file a joint status report on or before August 31, 2017 whether defendant Cardenas Markets, Inc.'s motion to exclude Dr. Presswood (ECF No. 19) remains a live issue in the case.

DATED this 21st day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE