**SAO**
**KIMBALL J. JONES, ESQ.**
Nevada Bar No. 12982
**JACOB LEAVITT ESQ.**
Nevada Bar No. 12608
**NICHOLAS R. ANDERSON, ESQ.**
Nevada Bar No. 13815
**MORRIS//ANDERSON**
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Phone: (702) 333-1111
Fax:    (702) 507-0092
*Attorneys for Plaintiff Josefina Millan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEFINA MILLAN,<br><br>            Plaintiff,<br><br>v.<br><br>CARDENAS MARKETS, INC., A CALIFORNIA CORPORATION, DOE MAINTENANCE EMPLOYEE, DOE EMPLOYEE, DOE JANITORIAL EMPLOYEE, DOE OWNER, I-V, ROE OWNERS, ROE EMPLOYER, ROE SUPERMARKET COMPANY and ROE COMPANIES, I-V,<br><br>            Defendants. | CASE NO: 2:16-cv-1549 |

### STIPULATION AND ORDER TO EXTEND DATE FOR FILE JOINT PRETRIAL ORDER

WHEREAS, pursuant to the order of this Court the parties were to file a Joint Pretrial Order on or before February 9, 2018; and

WHEREAS, both counsels for Plaintiff and Defendant have agreed to stipulating to a 30 day extension to file a Pre-Trial Order;

IT IS HEREBY STIPULATED AND AGREED by and between NICHOLAS R. ANDERSON, ESQ. of the law firm MORRIS ANDERSON LAW, Attorneys for Plaintiff JOSEFINA MILLIAN and

MICHAEL P. LOWRY, ESQ. of the law firm WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, Attorney for Defendant CARDENAS MARKETS, INC., as follows:

That the deadline for filing the Joint Pretrial Order be extended until March 9, 2018.

Dated this 9th day of February, 2018. Dated this 9th day of February, 2018.

| MORRIS//ANDERSON | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |
|---|---|
| /s/ Nicholas R. Anderson | /s/ Michael P. Lowry |
| **KIMBALL J. JONES, ESQ.** | **Michael P. Lowry, Esq.** |
| Nevada Bar No. 12982 | **WILSON ELSER MOSKOWITZ** |
| **JACOB LEAVITT ESQ.** | **EDELMAN & DICKER, LLP** |
| Nevada Bar No. 12608 | 300 S. 4th Street, 11th Floor |
| **NICHOLAS R. ANDERSON, ESQ.** | Las Vegas, NV 89101 |
| Nevada Bar No. 13815 | *Attorneys for Defendant* |
| 716 S. Jones Blvd. | |
| Las Vegas, Nevada 89107 | |
| *Attorneys for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED, Counsel for the parties shall filed a Joint Pretrial Order on or before March 9th, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/12/2018