**SAO**
**KIMBALL J. JONES, ESQ.**
Nevada Bar No. 12982
**JACOB LEAVITT ESQ.**
Nevada Bar No. 12608
**NICHOLAS R. ANDERSON, ESQ.**
Nevada Bar No. 13815
**MORRIS//ANDERSON**
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Phone: (702) 333-1111
Fax:    (702) 507-0092
*Attorneys for Plaintiff Josefina Millan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEFINA MILLAN,<br><br>Plaintiff,<br><br>v.<br><br>CARDENAS MARKETS, INC., A CALIFORNIA CORPORATION, DOE MAINTENANCE EMPLOYEE, DOE EMPLOYEE, DOE JANITORIAL EMPLOYEE, DOE OWNER, I-V, ROE OWNERS, ROE EMPLOYER, ROE SUPERMARKET COMPANY and ROE COMPANIES, I-V,<br><br>Defendants. | CASE NO: 2:16-cv-1549 |

**STIPULATION AND ORDER TO EXTEND DATE FOR FILE JOINT PRETRIAL ORDER**

WHEREAS, pursuant to the order of this Court the parties were to file a Joint Pretrial Order on or before March 9, 2018;

WHEREAS, the parties scheduled a mediation in this matter for April 2, 2018; and

WHEREAS, the parties are requesting this Court extend the time to file a Pre-Trial Order to April 9, 2018, seven (7) days after the mediation is scheduled.

IT IS HEREBY STIPULATED AND AGREED by and between NICHOLAS R. ANDERSON, ESQ. of the law firm MORRIS ANDERSON LAW, Attorneys for Plaintiff JOSEFINA MILLIAN and MICHAEL P. LOWRY, ESQ. of the law firm WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, Attorney for Defendant CARDENAS MARKETS, INC., as follows:

That the deadline for filing the Joint Pretrial Order be extended until April 9, 2018.

Dated this  9th   day of March, 2018.           Dated this   9th   day of March, 2018.

**MORRIS//ANDERSON**                              **WILSON ELSER MOSKOWITZ**
                                                  **EDELMAN & DICKER, LLP**

 /s/  Nicholas Anderson                            /s/ Michael Lowry
**KIMBALL J. JONES, ESQ.**                        **Michael P. Lowry, Esq.**
Nevada Bar No. 12982                              **WILSON ELSER MOSKOWITZ**
**JACOB LEAVITT ESQ.**                            **EDELMAN & DICKER, LLP**
Nevada Bar No. 12608                              300 S. 4th Street, 11th Floor
**NICHOLAS R. ANDERSON, ESQ.**                    Las Vegas, NV  89101
Nevada Bar No. 13815                              *Attorneys for Defendant*
716 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED, Counsel for the parties shall filed a Joint Pretrial Order on or before April 9, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  3/12/2018